

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00502-CV

IN RE GRAHAM AND MARGARET                                    RELATORS
WHITEHEAD

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL:  WALKER, J.; LIVINGSTON, C.J.; and GARDNER, J.

DELIVERED:  January 10, 2012

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).